**UNITED STATES DISTRICT COURT**                    **EASTERN DISTRICT OF TENNESSEE**

KRISTY JOHNSON and JESSICA JONES, individually and on behalf
of all others similarly situated
                                Plaintiff,

                          Court File Number
                          1:25-cv-364

v.

                          **AFFIDAVIT OF SERVICE**

Life Care Centers of America, Inc.
                                Defendant,

---

State of Tennessee }
County of Bradley  } SS

I, _Arnold Botts_, state that on
   (Name of Server)

_12_ / _9_ /2025 at _10:30_ A M, I served the:
(Date of Service)    (Time of Service)

   Summons, Complaint, Civil Cover Sheet and Exhibits

upon: Life Care Centers of America, Inc.

therein named, personally at:  3570 Keith St NW
                             Cleveland, TN 37312

by handing to and leaving with:

[  ]  the Registered Agent of Life Care Centers of America, Inc.
[✓]  an Officer of Life Care Centers of America, Inc.

_Rich McAfee_          _Attorney_
(Name of the Person with whom the documents were left)    (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

                   Dated: _12_ / _9_ /2025       _____
                                    (Signature of Server)

                                   _Arnold Botts_
                                    (Printed Name of Server)